1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7

MARY COLLEEN WEILAND,

8
9

Plaintiff,

v.

NO.  CV-07-5042-RHW

10
11
12
13
14
15
16

MICHAEL J. SCULLY, M.D., and
JANE DOE SCULLY, his wife;
BROOKS WATSON II, M.D., and
JANE DOE WATSON, his wife;
KENNEWICK PUBLIC
HOSPITAL DISTRICT, d/b/a
KENNEWICK GENERAL
HOSPITAL, a municipal
corporation; KADLEC MEDICAL
CENTER, a nonprofit Washington
corporation,

**ORDER GRANTING
STIPULATION**

Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

Before the Court is the parties' Stipulation for Dismissal of Kadlec Medical
Center without Prejudice and that Plaintiffs May Refile an Amended Complaint
Adding Kadlec Medical Center without the Necessity of a Motion (Ct. Rec. 35).
This motion was heard without oral argument.  The parties have agreed to dismiss
Defendant Kadlec Medical Center without prejudice.  Kadlec Medical Center also
agrees to waive the 90-day notice requirement provided by RCW § 7.70.100 in
regards to a new complaint.  The parties consequently also agree that Plaintiff may
file an amended complaint without filing a motion for leave to do so.  This Court
finds the parties' agreements reasonable.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The parties' Stipulation for Dismissal of Kadlec Medical Center without

ORDER GRANTING STIPULATION * 1

1   Prejudice and that Plaintiffs May Refile an Amended Complaint Adding Kadlec

2   Medical Center without the Necessity of a Motion (Ct. Rec. 35) is **GRANTED**.

3      2.  Defendant Kadlec Medical Center is **DISMISSED** from this action

4   **without prejudice**.

5      3.  Plaintiff has leave to file an amended complaint without further motion to

6   this Court.

7      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

8   Order and forward copies to counsel.

9      **DATED** this 4th day of January, 2008.

10                *s/ Robert H. Whaley*

11             ROBERT H. WHALEY
         Chief United States District Judge

12

13

14

15

16   Q:\Civil\2006\Miller\ext.ord.wpd

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION * 2