UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARY COLLEEN WEILAND,

    Plaintiff,

v.

MICHAEL J. SCULLY, M.D., and JANE DOE SCULLY, his wife; BROOKS WATSON II, M.D., and JANE DOE WATSON, his wife; KENNEWICK PUBLIC HOSPITAL DISTRICT, d/b/a KENNEWICK GENERAL HOSPITAL, a municipal corporation; KADLEC MEDICAL CENTER, a nonprofit Washington corporation,

    Defendants.

NO. CV-07-5042-RHW

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

Before the Court is the parties' Stipulated Motion to Dismiss Defendant Michael J. Scully, M.D. (Ct. Rec. 57). This motion was heard without oral argument. The parties have agreed that Defendant Kennewick Public Hospital District, d/b/a Kennewick General Hospital ("KGH"), received and will not contest either the 90-day pre-suit notice required under RCW § 7.70.100 or the Certificate of Merit under RCW § 7.70.150. The parties also stipulate that Defendant Michael J. Scully, M.D., may be dismissed as his employer, KGH, is liable for his alleged acts and omissions under the doctrine of *respondeat superior*. The Court finds the parties' agreements reasonable.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss Defendant Michael J. Scully,

ORDER GRANTING STIPULATED MOTION TO DISMISS * 1

1 | M.D. (Ct. Rec. 57) is **GRANTED**.

2 |     2. Defendant Michael J. Scully, M.D. is **DISMISSED** from this action **without prejudice** and without costs to any party.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

    **DATED** this 16th day of June, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\Civil\2006\Miller\ext.ord.wpd

ORDER GRANTING STIPULATED MOTION TO DISMISS * 2