UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARY COLLEEN WEILAND,

    Plaintiff,

v.

MICHAEL J. SCULLY, M.D., and JANE DOE SCULLY, his wife; BROOKS WATSON II, M.D., and JANE DOE WATSON, his wife; KENNEWICK PUBLIC HOSPITAL DISTRICT, d/b/a KENNEWICK GENERAL HOSPITAL, a municipal corporation; KADLEC MEDICAL CENTER, a nonprofit Washington corporation,

    Defendants.

NO.  CV-07-5042-RHW

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

Before the Court is the parties' Stipulated Motion to Dismiss Defendants Brooks Watson, II, M.D., Jane Doe Watson, his wife, and Kadlec Medical Center (Ct. Rec. 61). This motion was heard without oral argument. The parties have agreed that Defendants Brooks Watson, II, M.D., Jane Doe Watson, his wife, and Kadlec Medical Center, may be dismissed with prejudice and without costs to any party. The parties further stipulate that Defendant Kennewick Public Hospital District, d/b/a Kennewick General Hospital, will not assert or argue that the dismissed parties were at fault parties or breached the standard of care in treating Plaintiff. The Court finds the parties' agreements reasonable.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss  Defendants Brooks Watson,

ORDER GRANTING STIPULATED MOTION TO DISMISS * 1

1. II, M.D., Jane Doe Watson, his wife, and Kadlec Medical Center (Ct. Rec. 61) is **GRANTED**.

2. Defendants Brooks Watson, II, M.D., Jane Doe Watson, his wife, and Kadlec Medical Center are **DISMISSED** from this action **with prejudice** and without costs to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 5th day of September, 2008.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\Civil\2006\Miller\ext.ord.wpd

ORDER GRANTING STIPULATED MOTION TO DISMISS * 2