UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY COLLEEN WEILAND,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. SCULLY, M.D., and JANE DOE SCULLY, his wife; KENNEWICK PUBLIC HOSPITAL DISTRICT, d/b/a KENNEWICK GENERAL HOSPITAL, a municipal corporation; KADLEC MEDICAL CENTER, a nonprofit Washington Corporation,<br><br>  Defendants. | NO. CV-07-5042-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal (Ct. Rec. 75). The motion was heard without oral argument. The parties ask that all claims against all parties be dismissed with prejudice and without costs or attorney's fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal (Ct. Rec. 75) is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without award of costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 14th day of April, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Weiland\stip.dismiss.ord.wpd

ORDER GRANTING STIPULATION OF DISMISSAL  * 1